UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PHILLIPS 66 COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>ALEX R. BANANZADEH,<br><br>    Defendant. | No. 2:21-CV-01747 WBS JDP<br><br><br>ORDER OF RECUSAL |

----oo0oo----

Pursuant to 28 U.S.C. § 455(b)(4), the undersigned hereby recuses himself as the judge to whom this case is assigned because the undersigned has financial interests in Phillips 76 and Chevron Corporation.

IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

Dated:  September 27, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1