GLYNN, FINLEY, MORTL,
HANLON & FRIEDENBERG, LLP
ADAM FRIEDENBERG, Bar No. 205778
EISHA PERRY, Bar No. 330621
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975

Attorneys for Plaintiff
Phillips 66 Company

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIPS 66 COMPANY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ALEX R. BANANZADEH,<br><br>　　　　Defendant. | **Case No. 2:21-cv-01747 JAM JDP**<br><br>**JOINT STIPULATION REGARDING PLAINTIFF PHILLIP 66 COMPANY'S APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

Plaintiff Phillips 66 Company ("Plaintiff") and Defendant Alex R. Bananzadeh ("Defendant") submit this Joint Stipulation Regarding Plaintiff's Application for Temporary Restraining Order, and state as follows:

WHEREAS, Plaintiff filed a complaint for seeking declaratory relief (Dkt. No. 1) on September 24, 2021;

WHEREAS, Plaintiff also filed an ex parte application for temporary restraining order, seeking to maintain the status quo and enjoin Defendant from transferring his interest in the Property located at 817 Leisure Town Rd., Vacaville, California 95687 (the "Property") pending resolution on this litigation (Dkt. No. 5) on September 24, and served Defendant with the Complaint and ex parte application the same day;

WHEREAS, the parties have since met and conferred regarding the temporary restraining order;

WHEREAS, Defendant has agreed not to transfer any interest in the Property to any third-party pending the Court's consideration of a noticed motion for preliminary injunction;

WHEREAS, Defendant's agreement obviates an emergency ex parte application;

IT IS HEREBY JOINTLY STIPULATED AND AGREED by and between the Parties through their respective counsel of record as follows:

1. Plaintiff withdraws its *Ex Parte* Application for Temporary Restraining Order (Dkt. No. 5), and requests that the Court treat the application as a motion for preliminary injunction;
2. The Parties respectfully request that the Court set a hearing on Plaintiff's Motion for Preliminary Injunction on November 2, 2021, or as soon thereafter as may be convenient to the Court; and

///
///
///
///
///

3. Defendant Alex R. Bananzadeh shall not transfer any interest in the Property to Chevron Corporation, or any other third party, pending the Court's ruling on Plaintiff's Motion for Preliminary Injunction.

**IT IS SO STIPULATED**

Dated: September 28, 2021

> GLYNN, FINLEY, MORTL,
> HANLON & FRIEDENBERG LLP
>
> By   /s/ Adam Friedenberg
>    ADAM FRIEDENBERG
>    EISHA PERRY
>    Attorneys for Plaintiff
>    Phillips 66 Company

Dated:  September 28, 2021

> BERNHEIM LAW OFFICE
>
> By   /s/ William S. Bernheim
>    WILLIAM S. BERNHEIM
>    Attorneys for Defendant
>    Alex R. Bananzadeh

## ORDER

Based on the Stipulation of the Parties and good cause having been shown, **IT IS HEREBY ORDERED** that Plaintiff's Application for Temporary Restraining Order (Dkt. No. 5) is withdrawn and Defendant Alex R. Bananzadeh is prohibited from transferring his interest in the Property located at 817 Leisure Town Rd., Vacaville, California 95687 to Chevron Corporation or any other third-party pending this Court's resolution of the motion for preliminary injunction.

Hearing on Plaintiff's Motion for Preliminary Injunction is set for November 2, 2021, at 1:30 p.m.  Opposition and reply papers shall be due pursuant to the Local Rules.

**IT IS SO ORDERED.**

Dated:  September 28, 2021

> /s/ John A. Mendez
> THE HONORABLE JOHN A. MENDEZ
> UNITED STATES DISTRICT COURT JUDGE