1  GLYNN, FINLEY, MORTL,
   HANLON & FRIEDENBERG, LLP
2  ADAM FRIEDENBERG, Bar No. 205778
   EISHA PERRY, Bar No. 330621
3  One Walnut Creek Center
   100 Pringle Avenue, Suite 500
4  Walnut Creek, CA 94596
   Telephone: (925) 210-2800
5  Facsimile: (925) 945-1975

6  Attorneys for Plaintiff
   Phillips 66 Company
7

8              UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  PHILLIPS 66 COMPANY,                 )   Case No. 2:21-cv-01747-JAM-JDP
                                         )
12                    Plaintiff,         )   **ORDER GRANTING PLAINTIFF**
                                         )   **PHILLIPS 66 COMPANY'S MOTION**
13        vs.                            )   **FOR PRELIMINARY INJUNCTION**
                                         )
14  ALEX R. BANANZADEH,                  )
                                         )
15                    Defendant.         )
                                         )
16                                       )
                                         )
17                                       )
                                         )
18  _____  )

19

20

21

22

23

24

25

26

27

28

---

[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION

Upon consideration of Plaintiff Phillips 66 Company's Motion for Preliminary Injunction, Plaintiff's briefing and supporting documents, Defendant's opposition, the applicable law, the relevant portions of the record, and the arguments of counsel, this Court hereby GRANTS Plaintiff's motion for preliminary injunction.

Plaintiff has demonstrated a need for preliminary injunctive relief in this case. *See Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7, 20 (2008); *Alliance for the Wild Rockies v. Cottrell*, 632 F.3d 1127, 1131-35 (9th Cir. 2011). The record as established at this point shows Plaintiff has a likelihood of success on the merits of its arguments. With an interest in real property being at stake, Plaintiff will suffer irreparable harm if Defendant is able to transfer his interest in the property to a third party. Finally, the equities favor Plaintiff, particularly allowing Plaintiff to obtain the benefit of its bargain under the parties' Branded Reseller Agreement. Accordingly, it is hereby ORDERED that, pending a trial on the merits, Defendant Alex R. Bananzadeh is hereby enjoined from:

1. ~~terminating the 2017 Branded Reseller Agreement pending resolution of this litigation; and/or~~

1. [gum] transferring to any third-party any rights, interest, and/or title in the property located at 817 Leisure Town Rd., Vacaville, California 95687 (the "Station") pending resolution of this litigation.

The Court further orders Plaintiff to post a bond of $1.5 million.

DATED: November 4, 2021

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE